COMMONWEALTH of Pennsylvania, Respondent

v.

Mohamed Mousta MITWALLY, Petitioner

No. 372 WAL 2016

Supreme Court of Pennsylvania.

February 15, 2017

## ORDER

PER CURIAM

**AND NOW,** this 15th day of February, 2017, the Petition for Allowance of Appeal is **DENIED.**

COMMONWEALTH of Pennsylvania, Respondent

v.

Gerry BURNS, Petitioner

No. 419 EAL 2016

Supreme Court of Pennsylvania.

February 15, 2017

## ORDER

PER CURIAM

**AND NOW,** this 15th day of February, 2017, the Petition for Allowance of Appeal is **DENIED.**

COMMONWEALTH of Pennsylvania, Respondent

v.

Mark CAPLE, Petitioner

No. 494 MAL 2016

Supreme Court of Pennsylvania.

February 15, 2017

## ORDER

PER CURIAM

**AND NOW,** this 15th day of February, 2017, the Petition for Allowance of Appeal is **DENIED.**